# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARCUS BARNES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 20-cv-2137 |
| | ) |
| ROB JEFFREYS, in his official | ) |
| Capacity as the Director of the Illinois | ) |
| Department of Corrections, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON PLAINTIFFS'
## FOURTH MOTION FOR A PRELIMINARY INJUNCTION

A hearing was held on August 12, 2020, on Plaintiffs' fourth motion for a preliminary injunction [47].

The members of the class identified below have completed their sentences of imprisonment and are entitled to be released from the custody of the Illinois Department of Corrections ("IDOC") to serve their Mandatory Supervised Release time in the community, provided that they are able to submit a host site that is acceptable to the IDOC. Each of the Plaintiffs has identified housing that would otherwise be approved by IDOC, but for the "One Person Per Address" provision in 730 ILCS 5/3-3-7(a)(7.6). This Court has already determined that it is unconstitutional to imprison sex offenders after their period of incarceration has been completed solely because they are unable to find suitable host sites. *See Murphy v. Raoul*, 380 F. Supp. 3d 781 (N.D. Ill. 2019).

The following class members have identified host sites that will be supportive of their transition back into the community:

**Wayside Cross Ministries, 215 E. New York St., Aurora, IL 60505**

- Joe Dordies, B17653

**House of Hope, 1611 Matheny St., Springfield, Illinois 62702**

- Anton Ruth, M14977
- Maurice Hopkins-Bey, M11568
- Henry Smith, R12201

**New Beginnings, 718 W. 103rd St., Chicago, Illinois 60628**

- Charles Rucker, A71978
- Frank Waltrip, K02188
- Juan Medina, K67974
- Paul Hubbard, M07217
- Morris Harris, M19779
- John Cegielski, Y20579
- Patrick Schneider, M20333
- Mudy Munoz-Salgado, M43061
- James Spencer, M02701
- Gary Kluber, M36082
- Laroy Jackson, K52889
- Edward Taylor, M30456
- John Gonzales, M19989
- Elias Sabaleta, Y26397
- Everett Cade III, S11681
- Marvin Haymon, M12792
- Lucas Rehor, M33256
- Howard Jackson, R18773

**96 W. 157th Place, Harvey IL 60426**

- James Young, K59592

**326 N. Avon, Rockford, Illinois 61101**

- Paul Murphy, M40321
- Jeffrey Kramer, M55631

**6655 S. Perry, Various Units, Chicago, Illinois 60621**

- Antoine Younger, M31285
- Anthony Navarro, M34149
- Jason Wright, M35008
- Dwayne Loyde, B69827
- Jarvis Beane, M48216
- Michael Lewis, S00745
- Christopher Williams, M05123
- James Jackson, M46973
- Gino Camacho, Y20046
- Paul Boron, R67726
- Jerry Behm, M38655
- Larry Eubanks, M32255
- Brian Dodd, R67171
- Daniel Morris, M37365
- Mickey Ball, M12575
- Andrew Ford, M34011
- Gregory Alexander, M05918
- Darian Atwood Jr., Y25847

**Locations Owned and Operated by NewDay Apartments and Home-At-Last**

- Lavert Kidd, R68385
- Dudley Robinson, R42392
- Ronnie Howard, R60483
- Michael Jachim, M26284
- Efrain Cordova, M28877
- Curtin Barfield, R66565
- James Brewer, M32532
- Ramon Henderson, M26358
- William Freitag, M00305
- Christopher Williams, M05123
- Lorenzo Sandoval, R40238
- Kelly Anderson, M34698
- Cody Cooper, B86998
- Steven Captain, K68098
- John Neal, R66793
- Mickey Ball, M12575
- Brian Adams, M36916
- Michael Blakes, K83496

**NewDay Apartments, 522 Hill Ave, Elgin, Illinois 60120**
- Alvin Goldberg, M36526,
- Arnulfo Juarez, Y41407, and
- Aaron Salgado, M32744

At each of these proposed housing locations, the class member would be residing in the same building as another person who has been convicted of a sex offense, and therefore Defendant cannot release these individuals to the proposed locations because of its obligation to follow 730 ILCS 5/3-3-7(a)(7.6).

There has been no legitimate public interest articulated in only having one sex offender live at one residence. Therefore, the Court finds that the statute is unconstitutional as it applies to the individuals identified above, and Defendant is enjoined from enforcing the "One Person Per Address" provision in 730 ILCS 5/3-3-7(a)(7.6) as to these individuals to the extent they seek release to the locations identified above.

The release of the above-identified class members is subject to the approval of the host, program operator, or landlord at each housing location; and subject to the proposed housing locations otherwise being approved by IDOC as meeting all requirements and satisfying applicable provisions of Illinois law.

_____  August 13, 2020
Hon. Virginia M. Kendall,           Date
United States District Judge