# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MARCUS BARNES, et al,  )
  )
    *Plaintiff*,  )   No. 20 C 2137
  )
v.  )
  )   Judge Virginia M. Kendall
ROB JEFFREYS,  )
  )
    *Defendants*.  )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

  and against Defendant(s)

  which ☐ includes pre–judgment interest.
       ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendant(s)

  and against Plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Permanent Injunction Order entered.

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date: 8/22/2022                                    Thomas G. Bruton, Clerk of Court

                                                              /s/Lynn Kandziora , Deputy Clerk